UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RIVERA CHAVEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JUNELL, et al.,<br><br>    Respondents. | No. CV 16-7299 RSWL (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 6/26/2017                       s/ RONALD S.W. LEW
                                            RONALD S. W. LEW
                                            Senior U.S. District Judge